Dimon agt. Dimon.

A. TABER, *defendant's counsel.*
S. F. REYNOLDS, *defendant's attorney.*
J. McKOWN, *plaintiff's counsel.*
WARD & LOCKWOOD, *plaintiff's attorneys.*

JEWETT, Justice.   Granted the motion.

---

[*91]      *HENRY DIMON agt. DANIEL DIMON.

An affidavit for motion to change venue should state that each and *every* of the witnesses are *material, &c.*

*February Term,* 1846.

MOTION by defendant, at last December special term, to change venue.

Plaintiff's counsel objected to the sufficiency of defendant's affidavit, which stated (after naming the witnesses) " who each and all reside in Tompkins county, are material witnesses for the defendant on the trial of this cause, without the testimony of whom, and the testimony of each and every of whom, he cannot safely proceed," &c.

J. H. COLLIER, *defendant's counsel.*
S. B. BATES, *defendant's attorney.*
A. TABER, *plaintiff's counsel.*
GATES & McKAY, *plaintiff's attorneys.*

Plaintiff's counsel objected to the sufficiency of the affidavit, on the ground that it did not state that each and *every* of the witnesses were *material, &c.*

JEWETT, Justice.   Denied the motion with costs, without prejudice, upon the defects mentioned in the affidavit.